(1" from top of page, and centered, begin title of Court)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 0:18-CV-61778-BB    -CV-_____

(Judge's Last Name/Magistrate's Last Name)

BRYAN E. GLynn
_____

_____
(Full Name of Plaintiff/s) ,

    Plaintiff (s)

FILED BY _CHH_ D.C.

AUG 27 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

vs.

Downtown Cigar bar and
Simpli Websites, Inc.
(Full Name of Defendant/s),

    Defendant(s).
_____/

### TITLE OF DOCUMENT

I, Simpli Websites, Inc. _____ [plaintiff or defendant], in the above styled cause, Responding to the Summons received on 8/7/2018 in Complaint for Copyright Infringement. The Image used was a picture of a single Cigar Image found on Google Images. The image had no visible watermarks, Logo, or Copyright disclaimer. We did not edit or make any changes to the Image. At the time the Image was Selected from

Google Images, we had no knowledge that the picture was a copyright property of the Plaintiff. The Image was only used once and uploaded in a single web page of DownTown Cigar Bar's website. DownTown Cigar Bar Did not profit from the use of the Image. DownTown Cigar Bar Did not make a sale of the cigar product online since adding the Image and there were no monetary compensation from using the Image. Using the Image to Display on DownTown Cigar Bar Website was a Sincere mistake, and having no knowledge of the Copyright Laws. To Confirm, the Image had no logo Displayed by the Plaintiff or any watermark.

Prior to receiving the Summons, Simpli websites, Inc. was already in the process of going out of business. Simpli websites Inc. has no assets. We closed our offices located at 2817 E Oakland Park Blvd, Fort Lauderdale FL, 33306 approximately in May 2018. - At The time The Plaintiff's Lawyer Contacted Simplio websites, Inc on December 2017, we were Insured by Hiscox Insurance. The Plaintiff's Lawyer requested the Insurance information, and we complied, we sent the Certificate of liability. However, to Date, the Plaintiff's Lawyer Never processed a claim. Our intentions is to follow up with the Insurance and are willing to work this out. To Date, Simpli websites has Defunct. However, Hiscox Insurance Should back date the claim and pay the Plaintiff for the Damage. To confirm, the only Damage Done was to take the Image from Google - and no profits was ever made from said Image.

August 27, 2018
Dated: Month, day, year

Respectfully submitted,

Oscar Ruiz-Lavin
Name of Filer

_____
Attorney Bar Number *(if applicable)*

_____
Attorney E-mail Address *(if applicable)*

_____
Firm Name *(if applicable)*

1013 SW 22 Terrace
Street Address

Ft Lauderdale, FL 33312
City, State, Zip Code

Telephone: 954-817-6919

Facsimile: _____

_____
Attorneys for Plaintiff/Defendant *[Party name(s)]*
*(if applicable)*

### Certificate of Service

**I hereby certify** that a true and correct copy of the foregoing was served by

_____ [specify method of service] on _____[date]

on all counsel or parties of record on the Service List below.

_____
Signature of Filer







# AJ FERNANDEZ SAN LOTANO MADURO LANCERO

$ 7.79

QUANTITY

—  1  +     ADD TO CART

A meticulously crafted maduro, San Lotano Maduro.

Few cigar makers are as in demand as AJ 'Abdel' Fernandez these days. Looking at his impressive portfolio of top-notch blends, it's easy to understand why. Take for instance his already impressive portfolio boasting the likes of Man O' War, Diesel, Morro Castle, and 5 Vegas Triple-A - all winners, no doubt. AJ's highly successful blends are indicative of his ferocious passion and deep seeded desire for perfection.

But now, AJ has taken his craft to another level with the first major release bearing his name, San Lotano by AJ Fernandez. A truly complete ensemble, the San Lotano collection offers something that everyone can rejoice in. Ranging from mild to full, the new San Lotano line is sure to satisfy even the most discerning of palates.

The Maduro variety of San Lotano features a dark, oily San Andres maduro wrapper balanced by a blend of premium Nicaraguan and Honduran long-fillers. The end result is a luxurious experience as rich, chocolatey, slightly sweet, and creamy flavors are delivered through billowy layers of thick, flavorful nuances. Medium in body, but loaded with flavor the San Lotano Maduro is dee-lish. And for added intrigue, I've heard quite a few accounts that mention San Lotano Maduro's eerie resemblance to Padron Anniversary.

Share



# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY): 11/27/2017

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

**PRODUCER**
Hiscox Inc.
520 Madison Avenue
32nd Floor
New York, NY 10022

**CONTACT NAME:**
**PHONE (A/C, No, Ext):** (888) 202-3007
**FAX (A/C, No):**
**E-MAIL ADDRESS:** contact@hiscox.com

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A: Hiscox Insurance Company Inc | 10200 |
| INSURER B: | |
| INSURER C: | |
| INSURER D: | |
| INSURER E: | |
| INSURER F: | |

**INSURED**
Simpli Websites, Inc
2817 E. Oakland Park
Suite 201C
Fort Lauderdale FL 33306

**COVERAGES    CERTIFICATE NUMBER:    REVISION NUMBER:**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | **COMMERCIAL GENERAL LIABILITY** [X] CLAIMS-MADE [X] OCCUR | | | UDC-2114660-CGL-17 | 11/27/2017 | 11/27/2018 | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: [X] POLICY [ ] PROJECT [ ] LOC  OTHER: | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ S/T Gen. Agg. |
| | | | | | | | | $ |
| | **AUTOMOBILE LIABILITY** ANY AUTO, ALL OWNED AUTOS, SCHEDULED AUTOS, HIRED AUTOS, NON-OWNED AUTOS | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | **UMBRELLA LIAB** [ ] OCCUR  **EXCESS LIAB** [ ] CLAIMS-MADE  DED [ ] RETENTION $ | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | AGGREGATE | $ |
| | | | | | | | | $ |
| | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** Y/N  ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | | | | | [ ] PER STATUTE [ ] OTHER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES** (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

**CERTIFICATE HOLDER**

**CANCELLATION**

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

**AUTHORIZED REPRESENTATIVE**
*Brett R. Lotoff*

© 1988-2014 ACORD CORPORATION. All rights reserved.

ACORD 25 (2014/01)    The ACORD name and logo are registered marks of ACORD



Simpli Websites <info@simpliwebsites.com>

# Bryan Glynn v. Downtown Cigar Bar, LLC and Simpli Websites, Inc. Case No.: Our File No.: 00248-0007

**Simpli Websites** <info@simpliwebsites.com>     Fri, Dec 22, 2017 at 11:06 AM
To: Alex Cohen <alex.cohen@sriplaw.com>
Cc: Joel Rothman <joel.rothman@sriplaw.com>, Jamie James <jamie.james@sriplaw.com>

Hello Alex,

I apologize for the delay. Please see insurance information attached for Simpli Websites, Inc.

If you have any questions or concerns, please let me know.

Thank you.
[Quoted text hidden]
--

Warm Regards,
**Oscar Ruiz**

Simpli Websites
2817 E. Oakland Park Blvd. Suite 200-A4
Fort Lauderdale, FL 33306
Office: (954) 834-3232

Visit Our Website | Facebook | Instagram




CGL COI.pdf
56K