UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:18-cv-61778-BB

BRYAN E. GLYNN,

    Plaintiff,

v.

DOWNTOWN CIGAR BAR, LLC AND
SIMPLI WEBSITES, INC.,

    Defendants.

## MOTION TO STRIKE ANSWER

Plaintiff BRYAN E. GLYNN ("Glynn"), by and through its undersigned counsel, hereby files this Motion to Strike Defendant Simpli Websites, Inc.'s Answer [DE 7] to the Complaint and states as follows:

1. Glynn filed his Complaint against Downtown Cigar Bar, LLC ("DCB") and Simpli Websites, Inc. ("Simpli") on August 1, 2018 [DE 1].

2. Defendant Simpli was served on August 7, 2018 [DE 6].

3. The deadline for Simpli to respond to the Complaint was August 28, 2018.

4. On August 27, 2018, Oscar Ruiz-Lavin filed a document with this Court purporting to respond to the Complaint [DE 7].

5. Oscar Ruiz-Lavin is not an attorney

6. The document filed by Oscar Ruiz-Lavin should be stricken because Simpli is a Florida corporation and, as such, is required to be presented by counsel and cannot be

represented *pro se* by a corporate representative. See *Rowland v. California Men's Colony,* 506 U.S. 194, 201-2 (1993).

7. Defendant Simpli's response should be stricken.

WHEREFORE, Plaintiff Bryan E. Glynn requests that Defendant Simpli's response be stricken, and for such other and further relief as to this Court deems just and proper in the premises.

Dated:  August 29, 2018                              Respectfully submitted,

>                                                                          */s/  Joel B. Rothman*
>                                                                          JOEL B. ROTHMAN
>                                                                          Florida Bar Number 98220
>                                                                          joel.rothman@sriplaw.com
>                                                                          ALEXANDER C. COHEN
>                                                                          Florida Bar Number 1002715
>                                                                          alex.cohen@sriplaw.com
>
>                                                                          **SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC**
>                                                                          4651 North Federal Highway
>                                                                          Boca Raton, FL  33431
>                                                                          561.404.4350 – Telephone
>                                                                          561.404.4353 – Facsimile
>
>                                                                          *Counsel for Plaintiff Bryan E. Glynn*