**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**Case No. 18-cv-61778-BLOOM/Valle**

BRYAN E. GLYNN,

    Plaintiff,

v.

DOWNTOWN CIGAR BAR, LLC and
SIMPLI WEBSITES, INC.,

    Defendant.

_____/

**ORDER**

**THIS CAUSE** is before the Court upon a *sua sponte* examination of the record. Plaintiff Bryan E. Glynn ("Plaintiff") filed the above-captioned action on August 1, 2018, ECF No. [1]. A summons was issued as to Defendant Downtown Cigar Bar, LLC ("Defendant") that same day. ECF No. [3]. Service of the summons and Complaint was executed on Defendant on August 7, 2018, setting a response deadline of August 28, 2018. ECF No. [5]. To date, Defendant has failed to answer or otherwise respond to the Complaint. Accordingly,

it is therefore **ORDERED AND ADJUDGED** that

    1. Defendant must file its response to Plaintiff's Complaint by or before **September 7, 2018**.

    2. If Defendant fails to file any response(s) to Plaintiff's Complaint, Plaintiff shall submit a Motion for Entry of Clerk's Default with respect to Defendant no later than **September 14, 2018,** that includes the certificate of service indicating that notice of this Order was sent to Defendant, including the address to which it was sent. Plaintiff's failure to file for the

Motion for Entry of Clerk's Default within the specified time may result in **dismissal** without prejudice and without further notice as to the Defendant.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 30th day of August, 2018.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Downtown Cigar Bar, LLC
c/o Registered Agent Osvaldo Gomez
6201 SW 56 Court
Davie, Florida 33314