FILED BY \_\_\_\_\_ D.C.

SEP 11 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.



**Ref. 18-cv-61778 Bloom/Valle Bryan E. Glynn v. Downtown Cigar Bar, LLC and Simpli Website, Inc.**
1 message

**Ozzie Gomez** <ozzie@downtowncigarbar.com>　　　　　　　　　　　　　　　Tue, Aug 14, 2018 at 12:11
To: Joel Rothman <joel.rothman@sriplaw.com>, Simpli Websites <info@simpliwebsites.com>
Bcc: Ciro Rodriguez <Ciro@aerocargo.net>

Good Morning Mr. Rothman,

We received a summons in a civil action from your office in reference to a photo on our website. We communicated in November of 2017 that we we hired Simpli Websites, Inc. to create a website for our company Downtown Cigar Bar, llc. Simpli Websites has taken full responsibility for the website, content and photos.

It should be known that no income was generate from this photo and that the photo was immediately removed from the website when this was brought to our attention in November of 2017.

We have communicated with Mr. Oscar Ruiz the proprietor Simpli Websites in reference to this summons. Mr. Ruiz provided emails demonstrating that he has responded to your summons and provided his insurance information as requested in November of 2017 by your office.

Please acknowledge receipt of this email/answer to your summons on behalf of Downtown Cigar Bar, llc.


Best Regards,

Ozzie Gomez

Direct 954-999-3179

# Downtown Cigar Bar
631 S Andrews Avenue
Fort Lauderdale, FL. 33301