FILED BY ___ D.C.

SEP 11 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

# Glynn v. Downtown Cigar Bar, LLC & Simpli Websites, Inc. Case No. 0:18-cv-61778-BB

1 message

**Simpli Websites** <info@simpliwebsites.com>　　　　　　　　　　　　　　　　　　　Tue, Sep 4, 2018 at 20:34
To: Jamie James <jamie.james@sriplaw.com>
Cc: Ozzie Gomez <ozzie@downtowncigarbar.com>, Alex Cohen <alex.cohen@sriplaw.com>

Hello,

Please note that Simpli Websites filed a response in court on August 27th. It was received and documented in court.

Also, Simpli Websites insurance (Hiscox) finally responded and assigned a case manager.

Case Manager info:
Name: Matthew Pociask
Phone: (678) 781-4751
Email: Matthew.pociask@hiscox.com
Reference # 184012106

Please follow up with the case manager to submit the request for payment through the insurance to resolve and settle this case.

Thanks

Oscar Ruiz-Lavin

[Quoted text hidden]

📷 **image001.png**
4 KB