# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 18-cv-61778-BLOOM/Valle

BRYAN E. GLYNN,

      Plaintiff,

v.

DOWNTOWN CIGAR BAR, LLC and
SIMPLI WEBSITES, INC.,

      Defendant.

_____/

## ORDER GRANTING MOTION TO STRIKE AND STRIKING RESPONSES

**THIS CAUSE** is before the Court upon Plaintiff's Motion to Strike Answer, ECF No. [10] (the "Motion"), filed on August 29, 2018, and a *sua sponte* review of the record. In the Motion, Plaintiff requests that the Court enter an order striking the answer filed by Defendant Simpli Websites, Inc. ("Simpli") through its registered agent, Oscar Ruiz-Lavin, on August 27, 2018, because a corporation may not proceed *pro se*. *See* ECF No. [7] ("Answer").

Summonses were issued as to Simpli and Downtown, ECF No. [3], and served on August 7, 2018, setting a response deadline of August 28, 2018. ECF Nos. [5], [6]. When Downtown failed to file a response, the Court entered an order on default procedures, providing an extension until September 7, 2018 for Downtown to file its response, and requiring Plaintiff to file a motion for entry of clerk's default by September 14, 2018, in the event that Downtown failed to file a response. ECF No. [12].

Since the filing of Plaintiff's Motion, Mr. Ruiz-Lavin has filed a letter on behalf of Simpli, ECF No. [14], and Ozzie Gomez has filed a letter on behalf of Defendant Downtown Cigar Bar, LLC ("Downtown"), ECF No. [13]. Therefore, the Clerk denied Plaintiff's Motion

for Clerk's Entry of Default, ECF No. [15]. However, "[t]he rule is well established that a corporation is an artificial entity that can act only through agents, cannot appear *pro se*, and must be represented by counsel." *Palazzo v. Gulf Oil Corp.* 764 F.2d 1381, 1385 (11th Cir. 1985) (internal citation omitted). As a result, the answer and letters filed by Mr. Ruiz-Lavin and Mr. Gomez are improper.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff's Motion, **ECF No. [10]**, is **GRANTED**, and Simpli's Answer, **ECF No. [7]**, is **STRICKEN**. In addition, the letters filed by Downtown and Simpli, **ECF Nos. [13], [14]** are also **STRICKEN**.

Nevertheless, the Court will afford Simpli and Downtown one final opportunity to file a response to the Complaint through counsel, on or before **September 24, 2018**. Should Defendants, through counsel, fail to file any response to Plaintiff's Complaint, Plaintiff shall submit a Motion for Entry of Clerk's Default with respect to Defendants no later than **September 26, 2018,** that includes the certificate of service indicating that notice of this Order was sent to Defendants, including the addresses to which it was sent. Plaintiff's failure to file the Motion for Entry of Clerk's Default within the specified time may result in **dismissal** without prejudice and without further notice.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 18th day of September, 2018.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:
Counsel of Record

Downtown Cigar Bar, LLC
c/o Registered Agent Osvaldo Gomez

2

6201 SW 56 Court
Davie, Florida 33314

Simpli Websites, Inc.
c/o Registered Agent Oscar Ruiz Lavin
1013 S.W. 22 Terrace
Fort Lauderdale, Florida 33312