UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.:  0:18-cv-61778-BB

BRYAN E. GLYNN,

        Plaintiff,

v.

DOWNTOWN CIGAR BAR, LLC AND
SIMPLI WEBSITES, INC.,

        Defendants.

_____

## NOTICE OF SETTLEMENT

Plaintiff BRYAN E. GLYNN, by and through his undersigned counsel, and pursuant to

Local Rule 16.2.F of the Southern District of Florida, hereby notifies the Court that the parties

have reached a settlement and requests until October 29, 2018 in which to file a Stipulation of

Dismissal.

Dated:  September 26, 2018

/s/ Alexander C. Cohen
JOEL B. ROTHMAN
Florida Bar No. 98220
joel.rothman@sriplaw.com
ALEXANDER C. COHEN
Florida Bar No. 1002715
alex.cohen@sriplaw.com

SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY
LAW GROUP PLLC
4651 N. Federal Hwy
Boca Raton, FL 33431
561.404.4350 – Telephone
561.404.4353 – Facsimile

Counsel for Plaintiff Bryan E. Glynn

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on September 26, 2018, a true and correct copy of the foregoing document was served by electronic mail to all parties listed below on the Service List.

*/s/ Alexander C. Cohen*
Alexander C. Cohen

## SERVICE LIST

Downtown Cigar Bar, LLC
631 South Andrews Avenue
Fort Lauderdale, FL 33301

Simpli Websites, Inc.
2817 East Oakland Park Boulevard
Suite 201, Box 3
Fort Lauderdale, FL 33306

SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC
4651 NORTH FEDERAL HIGHWAY, BOCA RATON, FL  33431